

# In the Missouri Court of Appeals
# Eastern District

MAY 5, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED100453    STATE OF MISSOURI, RES V RICO RICARDO PAUL, APP

2.      ED101062 CHARMEN WARD, RES V OTIS WARD, APP

3.      ED101203 TONY DEON EDMOND, APP  V STATE OF MISSOURI, RES

4.      ED101297 STATE OF MISSOURI, RES V DARRELL I. BOLDEN, APP

5.      ED101353 JASON JAMES BARNES, APP V STATE OF MISSOURI, RES

6.      ED101737 THOMAS M. HAMILTON, APP V STATE OF MISSOURI, RES

7.      ED101907 EUGENE STUBBLEFIELD, APP V CITY OF STL ET AL, RES

8.      ED101994 ANTOINETTE LONGSTREET-ALLEN, APP V DES, RES

9.      ED102049 SHIRLEY BOWEN SMITH, APP V SIJ, RES